**NOT FOR PUBLICATION  IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000412
07-MAY-2025
10:26 AM
Dkt. 54 OCOR**

NO. CAAP-24-0000412

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

WILMINGTON SAVINGS FUND SOCIETY, FSB,
D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR
PRETIUM MORTGAGE ACQUISITION TRUST,
Plaintiff-Appellee,
v.
WADE KEONE ABIVA,
Defendant-Appellant,
and
JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20;
DOE ENTITIES 1-20; AND DOE GOVERNMENTAL UNITS 1-20,
Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CCV-21-0000364)

ORDER OF CORRECTION
(By:  Leonard, Acting Chief Judge)

IT IS HEREBY ORDERED that the May 6, 2025 Order Approving Stipulation to Dismiss Appeal (docket no. 52) in the above case is corrected as follows:

On page 2, in the signature section, please place "/s/" in front of Judge McCullen's name so it reads:

/s/ Sonja M.P. McCullen
Associate Judge

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaii, May 7, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge